## (October 13, 1939.)

J. WILNER SUNDELSON, Respondent, v. MAX WEINSTEIN and Others, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERTHA SCHNEIDER and CARL SCHNEIDER, Appellants, v. HELMUTH BURGER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

M. FISK, INC., Appellant, v. CHARLES SILVERSTEIN and SILLEV REALTY CORPORATION, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER YEDLIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PUBLIC NATIONAL KOSHER PROVISION Co., INC., Appellant.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HACKETT MARSHALL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of JOHN J. HANNIGAN, Respondent, v. SIDNEY STEIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAM JACOB, Respondent, v. LOUISE ROSS TODD GILBERT STANLEY and CARL JOYCE GILBERT, as Executors, etc., of SEYMOUR P. GILBERT, Appellants.— Judgment unanimously reversed and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HOLDEN-LEONARD Co., INC., Respondent, v. NEVA-WET CORPORATION OF AMERICA, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSIE BERGMAN and WILLIAM BERGMAN, Appellants, v. SOUTH OZONE PARK HOLDING CORP., Defendant, Impleaded with F. W. WOOLWORTH COMPANY and CITY OF NEW YORK, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.